■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD R. GLOVER, Appellant. [751 NYS2d 379] —Appeal by the defendant from a judgment of the Supreme Court, Dutchess County (Dolan, J.), rendered October 11, 2001, convicting him of promoting prison contraband in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

Contrary to the defendant's contention, the indictment was not jurisdictionally defective, as it sufficiently charged the language of the statute (*see People v Iannone,* 45 NY2d 589).

The defendant's remaining contentions are without merit. S. Miller, J.P., Crane, Cozier and Rivera, JJ., concur.